COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Appellant, against NICHOLAS LADUTKO, Respondent.

Argued June 2, 1939; decided July 11, 1939.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Stanley Buchsbaum* of counsel), for appellant.

*Abner H. Silverman, Emanuel Butter* and *Alfred Waksman* for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.